**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| RICCO STARMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO.: 3:14-CV-1730-TLS |
| | ) |
| VIRTUOSO SOURCING GROUP, LLC, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

On December 4, 2015, this Court referred the Plaintiffs' Motion for Default Judgment and all other default judgment proceedings to Magistrate Judge Christopher Neuechterlein to review, to conduct any and all necessary evidentiary hearings, and to issue a report and recommendation that includes proposed findings of fact and recommendations for the disposition of this matter.

On June 16, 2016, Magistrate Judge Nuechterlein issued a Report and Recommendation [ECF No. 26] setting forth a recommendation that the Court grant the Plaintiff's Motion, direct the entry of default judgment against the Defendant on Counts I, II, III, and IV of the Plaintiff's First Amended Complaint, and Order the Defendant to pay the Plaintiff a total of $15, 366.50.

This Court's review of the Magistrate judge's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(C) which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate. The judge may also receive further evidence or recommit the matter to the magistrate with instructions.

Objections to the Magistrate's Judge's Report and Recommendations must be made within

fourteen days of service of a copy of the Report. *Id.*; Fed. R. Civ. P. 72(b). No party has filed an objection to the Magistrate Judge's Report and Recommendation.

Upon review of the Plaintiff's submissions and the Report and Recommendation, the Court ACCEPTS the Report and Recommendation [ECF No. 26] in its entirety and thereby:

(1) **GRANTS** the Plaintiff's Motion for Default Judgment [ECF No. 19] with respect to Counts I, II, III, and IV of the First Amended Complaint; and

(2) **DIRECTS** the Clerk to **ENTER JUDGMENT** in favor of Plaintiff Ricco Starms and against Defendant Virtuoso Sourcing Group, LLC, in the sum of $15,366.50, which includes:

(a) $10,000 in actual damages for four violations of the FDCPA;

(b) $1,000 in statutory damages for four violations of the FDCPA;

(c) $3,917.50 in attorney's fees;

(d) $400 in court costs; and

(e) $49 in process server costs.

SO ORDERED on July 7, 2016.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION

2