AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RICCO STARMS

                Plaintiff(s)

     v.                          **Civil Action No.**     3:14-CV-1730

VIRTUOSO SOURCING GROUP, LLC.

                Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff RICCO STARMS recover from the defendant VIRTUOSO SOURCING GROUP, LLC. the amount of Fifteen thousand three hundred sixty six dollars and fifty cents $15,366.50, which includes $10,000 in actual damages for four violations of the FDCPA; $1,000 in statutory damages for four violations of the FDCPA; $3,917.30 in attorney's fees; $400 in court costs and $49 in process server costs. Post Judgment Interest Rate 0.45%

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☐ Other: _____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge Theresa L. Springmann on a motion for default judgment.

DATE:    7/8/2016                                ROBERT TRGOVICH, CLERK OF COURT

                                                                       /s/ RMNagy

                                                   by _____

                                                   *Signature of Clerk or Deputy Clerk*